**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Todd Petty, et al.

Plaintiff,

v.

Case No.: 1:16−cv−05310
Honorable Charles R. Norgle Sr.

Nationstar Mortgage, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2017:

MINUTE entry before the Honorable Charles R. Norgle: Enter Agreed Order. Motion for extension of time to complete discovery and adjourn trial [52] is granted. The parties need not appear before the court on Friday, January 20, 2017. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.