N4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TODD E. PETTY and MARY PAT PETTY, | ) | Case No. 16-CV-5310 |
| | ) | |
| *Plaintiffs,* | ) | Honorable Charles Norgle, Sr. |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC and | ) | |
| HEAVNER, BEYERS & MIHLAR, LLC, | ) | |
| | ) | |
| *Defendants.* | | |

## AGREED ORDER

This matter is before the Court on defendant Nationstar Mortgage LLC's Motion to Extend the Discovery Deadline and Adjourn Trial (**Doc. No. 52**). After conferring on January 19, 2017, the parties agree as follows:

1. The motion *in limine* deadline of January 21, 2017, the pre-trial motion deadline of February 21, 2017, and the trial date of February 28, 2017 are stricken.

2. All discovery shall be completed by March 31, 2017.

3. Any dispositive motions shall be filed by May 1, 2017.

4. After ruling on any dispositive motions, the Court shall set a trial date, if necessary.

IT IS SO ORDERED.

DATE: 1/19/2017

Charles Norgle
JUDGE CHARLES R. NORGLE, SR.